**In and for United States Southern District Court of Mississippi, Jackson, MS**

**Joseph D Gilberti PE**, a licensed Professional
Engineer in the State of Florida,

Case: 3:25cv-123-CWR-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

Petitioner(s),

**DEMAND FOR JURY TRIAL**

FEB 18 2025

v.

BY ARTHUR JOHNSTON
    DEPUTY

**JPMorgan Chase & Co.,** George W. Bush, Judge Donna Marie Padar, World Economic Forum, World
Bank Group (The International Bank for Reconstruction and Development (IBRD) and the International
Development Association (IDA)), New Development Bank (BRICS BANKS), James Amschel Victor
Rothschild, Nicholas David Rothschild, Lady Lynn Forester de Rothschild, "The Holy See" (The Vatican
City State), David Mayer de Rothschild, Archdiocese of Venice, Archdiocese of Washington, Diocese of
Jackson, Diocese of Biloxi, National Football League (NFL), National Basketball Association (NBA),
Major League Baseball (MLB), National Association for Stock Car Auto Racing (NASCAR), Mary Ross
Agosta, Barron Trump, Attorney Ryan Snyder, Judge Stephen Walker, Blackstone Inc., State Street
Corporation, Morgan Stanley, Apollo Global Management Inc., Goldman Sachs Group Inc., JPMorgan
Chase Bank National Association (JPMCB), JPMorgan Chase & Co., Vice President James David Vance,
Melania Trump, New York University, University of Washington, University of Mississippi, Mississippi
State University, Mississippi College, The University of Southern Mississippi, Lara Trump, US
Congressman Vern Buchanan, Al Gore, Eric Trump, Emma Gonzales, Ivanka Trump, Andrew Rosin PA,
Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School, Judge Omar A. Williams,
Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel, Judge James Dominguez, Judge
Caroyln Delano, Town of Royal Palm Beach, Port Everglades, Judge James Conrad, Judge Mark Wolfe,
Palm Beach County Board of County Commissioners, Judge Kimberly Carlton Bonner, Lee Pallardy,
Broward County Board of County Commissioners, Thomas Howze, National Sheriff's Association, Town
of Royal Beach, Lee County Board of County Commissioners, City of West Palm Beach, City of Boca
Raton, City of Miami, Miami Port Authority, 12th Judicial Circuit of Florida, 13th Judicial Circuit of
Florida, Sheriff Chad Chronister, Sarasota County Board of County Commissioners, Dade County Board
of County Commissioners, Hillsborough County Board of County Commissioners, South Florida Water
Management District, Benderson Development, U.S. Congress, Pennsylvania Department of
Environmental Protection Agency, Mississippi Department of Environmental Equality, Bankruptcy
Trustee Luis Rivera, Edward J. DeBartolo, Southwest Florida Water Management District, Tampa Central
Command MacDill Air Force Base, Metropolitan Planning Council, Matt Gaetz, Richard Bruce (Dick)
Cheney, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet, Judge Maria
Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council, Judge Dana
Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council, Rockefeller Group
International, inc., Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez, Judge Laura Taylor
Swain, Rockefeller Capital Management, State Attorney Ed Brodsky, Judge Juan Merchan, Treasure
Coast Regional Planning Council, Judge Charles Williams, Judge Thomas Barber, City of Cape Coral,
City of Naples, City of Fort Myers, Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard
Rock Casino, Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg,
Judge Loren AliKhan, Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz,
Judge Martha Pacold, Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of
Environmental Protection, Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of
Law Enforcement, Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Michael Waltz, Judge
Madeline Cox Arleo, Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks,
Judge David S Leibowitz, Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon,
Rockefeller Financial Services, Donald J. Trump, Harvard University, Ohio State University, Ariana

1

Rockefeller, Valerie Rockefeller, Archdiocese of Los Angeles, Archdiocese of Baltimore, State Attorney Thomas Widen, Archdiocese of Philadelphia, Archdiocese of Miami, Archdiocese of New York, Pope Francis Jorge Mario Bergoglio, Archdiocese of Newark, Archdiocese of Boston, Nancy Pelosi, Hillary Clinton, William Jefferson (Bill) Clinton, Barrack Obama, Michelle Obama, Governor Josh Shapiro, Governor Wes Moore, Florida State University, Kamala Harris, Tim Waltz, Philadelphia City Council, Pennsylvania State Police, Christopher Shaw, Attorney General Ashley Moody, US Department of Transportation, Department of Interior, Sheila Sanghvi, Mayor Eric Adams, Council of National Defense, New York City Council, New York Port Authority, Washington Public Ports Association, Senator Rick Scott, United States Geological Survey, The Washington Post, University of Miami, Cleveland City Council, ExxonMobil, The Rockefeller Foundation, Scott Freyre, Environmental Protection Agency (EPA), Army Corps of Engineers, Pennsylvania State University, Natural Resources Defense Council, The U.S. Surgeon General, National Security Council, Department of State, Benderson Development, US National Guard, Human Health and Services, Pete Hegseth, Kristi Noem, John Ratcliffe, Tulsi Gabbard, Lee Zeldin, Elise Stefanik, Robert F. Kennedy Jr. , Doug Burgum, Doug Collins, Chris Wright, James Blair, Taylor Budowich, Stephen Miller, Dan Scavino, Thomas Homan, Bill McGinley, Steven Cheung, Karoline Leavitt, Will Scharf, Sergio Gor, Vivek Ramaswamy, Brendan Carr, Howard Lutnick, Linda McMahon, Sean Duffy, Dean John Sauer, Todd Blanche, Steven Witkoff, Michael Huckabee, Marjorie Taylor Greene, Wink News, Mosaic Fertilizer, Pfizer Pharmaceutical Industry Company, United Nations, Bill Gates, Mark Zuckerberg, Canadian National Railway, CSX Transportation Inc., BlackRock Inc., US Congressman Byron Donalds, Attorney Alvin Bragg, AG Letitia James, Baltimore City Council, Archdiocese of Indianapolis, Ney York Department of Environmental Protection (NYDEP), Judge Paul Diamond, Department of Government Efficiency (DOGE), Archdiocese of Los Angeles, Archdiocese of San Francisco, Washington State Department of Ecology, Washington City Council, Governor of Alabama, Governor of Alaska, Governor of Arizona, Governor of Arkansas, Governor of California, Governor of Colorado, Governor of Connecticut, Governor of Delaware, Governor of Florida, Governor of Georgia, Governor of Hawaii, Governor of Idaho, Governor of Illinois, Governor of Indiana, Governor of Iowa, Governor of Kansas, Governor of Kentucky, Governor of Louisianna, Governor of Maine, Governor of Maryland, Governor of Massachusetts, Governor of Michigan, Governor of Minnesota, Governor of Mississippi, Governor of Missouri, Governor of Montana, Governor of Nebraska, Governor of Nevada, Governor of New Hampshire, Governor of New Jersey, Governor of New Mexico, Governor of New York, Governor of North Carolina, Governor of North Dakota, Governor of Ohio, Governor of Oklahoma, Governor of Oregon, Governor of Pennsylvania, Governor of Rhode Island, Governor of South Carolina, Governor of South Dakota, Governor of Tennessee, Governor of Texas, Governor of Utah, Governor of Vermont, Governor of Virginia, Governor of Washington,  Governor of West Virginia, Governor of Wisconsin, Governor of Wyoming,
And THE PENTAGON.

  Defendant(s).
_____/

## COMPLAINT

*Mass Torts, Racketeering Influence and Corruption Organization, Negligence, Fraud on United States of America and its Primary Water Supply from Earth's Core Found by Plaintiff and timed Terrorism to Subdue Engineer of Record with HR 5736 Conspiracy per Title 18 US Code, 241 & 242*

        Comes Now, the Plaintiff JOSEPH D. GILBERTI JR. PE, PLAINTIFF ("PLAINTIFF") hereby sues Defendants listed above ("Defendants") for Terrorism against America pursuant to HR 5736 Mod of 2012, per Article 1 Section 8, Fraud, Theft, Regional Water Supply Eugenics, Racketeering, Negligence, Quieting Title, Trespass and ejectment pursuant to Florida Statutes and in support thereof, states the following:

## Jurisdiction And Venue

1. Jurisdiction of this court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 41 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

2.      Venue is proper pursuant to 28 U.S.C. § 1391.

3.      At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

4.  The Plaintiff, Joseph D. Gilberti, P.E., is a natural person and professional engineer doing business on approximately 2500 acres of property and mineral rights owned by Plaintiff since 2012 in Sarasota County, Florida.

5.  The Defendants are doing business in from Tampa to South Florida.

6.  The Defendants, show listed Government Entities from State, Local and Federal agencies above such as but not limited to, all of which do business in the State of Florida and overall USA and other Nations.

7.  Private or public traded Defendants such as but not limited to, Blackrock Corporation LLC, CSX Transportation and Seminole Gulf Railway do business in Florida.

8.  Defendants, Pentagon and FBI do business in the State of Florida.

9.  This Court has jurisdiction over the parties and the subject matter hereto and a potential bifurcating, Change in Venue and/or merging of existing and new Federal cases across America and Florida progress which are directly related to this case.

10. Venue is appropriate in Palm Beach County, 15th Judicial Circuit for purposes of filing and discovery due to an UNDUE INFLUENCE in West and South Florida on Plaintiff's civil rights, attacks on his Children from Schools, Cops, Secret Service, FBI, US Marshals and Sheriffs to hide the resource and deter Plaintiff from prevailing and engineering and constructing infrastructure with Primary Water to the Taps of Florida, New York, New Jersey and more, for over 10yrs using DOJ to attack THE PEOPLE and their Drinking Water Supply needs, by avoiding all discovery and requested Evidentiary

2

hearing with Professionals in Water Supply with a gang of Judges, Lawyers, attorney Politicians, Universities and Cops on the payoff books to attack all Americans.

11. Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

13.    These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

14.    THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

## ALLEGATIONS COMMON TO ALL COUNTS

15. Prior to July 26, 2013, Cecil Daughtrey Jr. and Patricia A. Daughtrey (collectively "Daughtrey") were the owners of the entire seven parcel property. However, on July 26, 2013, Daughtrey conveyed, via properly witnessed and executed Warranty Deed, a portion of the Property to PLAINTIFF. A true and correct copy of the Warranty Deed is attached as **EXHIBIT "A"**. Since then a State and National attack by Florida Leaders and CIA with Bush Family has taken place on Plaintiff and Americans to hide PRIMARY WATER to TAPS of Florida for 10yrs now with a barrage of attacks to subdue the Engineer of Record and Deed Holder while attacking Daughtrey land as they didnt know exactly where the resource was on the forested ranch. **We had to hide it on Civil engineering plans during these Timed Terrorism attacks, fueled by all Florida Sheriff and FBI under Title 18 Treason.........to protect our fellow Americans from these US Terrorist Politicians and Lawyers in Florida, such as Greenberg Traurig and Henderson Franklin and all Sarasota Lawyers (its a gang) tied to Rothschild World Bank and a gang of Retarded Judges who lie, cheat and steal to kill children with Cancer Rates at the tap by PLAYING STUPID ON EVIDENTIARY HEARING and NOT ALLOWING ANY EVIDENCE while they attack with Desantis and Yale fools for 10yrs.**

16. The US Congress never finished Impeachment issues that disappeared in Media spot light once a Black Harvard Terrorist President Barrack Hussain Obama and Trump replaces the last Terrorist President tied to Harvard and Yale and Defendants with Catholic Church filled with Pedophiles tied to Epstein list in Florida.

17. George W. Bush – ex President George W. Bush who was in Sarasota Classroom day of 9-11 is into Blue Gold. See Blue Gold Bush Family and has used the Carlton Family and

4

72 Partners members of Notre Dame, Lee Pallardy and C1 bank/Ozark Bank Thomas Howze to pay off Judges, Clerks and Commissioners from Tampa to South Florida and up into Washington, Georgia and abroad to claim these underground resources and cases are frivolous without any Court hearings or due process. They use Smith Mundt acts and MODIFICATION in 2012 to attack Americans with the CIA and Hollywood manufactured news with this Court and many Florida courts now starting to understand this CIA highly trained and illegal coup against The Engineers rights to attack his clients and lands with Sheriffs and Judges under investigation.

18.    Bush family was one of the original Presidents who created the CIA and works with Greenberg Traurig to control DOJ and more to attack Americans and their Water Supply with the DOJ and fake new or combined fake and real new timed with these cases and our permitting. The Judges avoid all due process as they are too incompetent or lazy to allow witnesses and due process.

19.    Bill Clinton – Ex President associated with 72 Partners LLC, and their funders via Donnie Clark of Myakka City or Myakka Gold drug dealers. Rob Goodwin who was partners with Donnie Clark part of the same above and show a definite connection to Blue Gold Bush Family and Sarasota's 9-11 connection. See *Gilberti vs George W. Bush, et al* filed in New York City where THE ENGINEER now has a new project with Blue Gold from New Jersey Washington Rock to New York to save lives as the Aqua Ducts in New York can fail any day killing millions on file and sent to the mayors office and over 20 Commissioners last week.

20.    72 Partners LLC – Consist of Lee Pallardy, Thomas Howze, Kenny Harrison, and Laurence Hall. This is the front for most of the coordination with Terrorism and is a well known for Illegal activities, Title Fraud and works with Terrorism funding groups like

5

Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

21.    Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

22.    Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013, and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

23.    Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb, and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the Marjory Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

6

24.     Some Defendants were present at Marjory Stoneman Douglas High school during the
shooting , know of the timing of the US Resource to FDEP to Marjorie Stoneman
Douglas and the offer at the School Board on March 20, 2018 just after the event, by the
Defendant, of ONE MILLION DOLLARS for each shot survivor to show us your
wounds with forensics, help open this secret resource timed on your shooting by FDEP
and Florida-US Politicians and continued to hide the Resource with FDEP and Judges,
US Marshals, Police and Media, for years knowing Tap water is based on Cancer and
Viruses-Disease rates.   See Gilberti vs Nikolas Cruz, et al, that has started Discovery
showing how the Judge Dimitrouleas is now under Federal

## **NATURE OF THE ACTION**

29.     This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth
Amendments of the United States Constitution as applied to the States under the United States
Constitution's Fourteenth Amendment for the Defendants' individual and collective personal,
malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective
constitutional rights to free speech and protection against unreasonable search of Plaintiff's
bodies as well as state tort claims for civil conspiracy.  See _Gilberti vs Pentagon, et al_, in
Arlington VA, Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case
evidence and discovery and others via _Gilberti vs CDC, et. al_, and _Gilberti vs Desantis, et al_,
headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US
Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders
being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP
and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents
such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global

Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

30.    Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad. **This unique property has Geological indicators that show**

8

America how to find more in days and create millions of Jobs, new medicine and economic sustainability.

31.    Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.    Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.    A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist.  This is especially true in America, where the judiciary is afforded wide discretion.  Every decision left up to the discretion of a judge—is a potential opportunity for corruption.  Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality.  The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

34.    The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that

10

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)     Deny an impartial tribunal;

(ii)    Violate United States Code, Title 4§§101 and 102;

(iii)   Violate Florida Statute §876.05(1)

(IV)    **CRIMES OF GENOCIDE/EUGENICS**
        *General Assembly resolution 260 A(III) of 9 December 1948 Entry into force:*
        *12 January 1951, in accordance with article XIII*

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968,** *et seq* **(a), (b), (c) and (d).**  THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery.  A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders.  .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day.  While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more.  While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## IV. FACTUAL ALLEGATIONS

39.     Plaintiff is located and does business within the State of Florida and United States of America.

40.     Defendants are located and do business within the State of Florida and United States of America.

41.     All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.     Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.     This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

44.     Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES.  Defendants attacked his land in Sarasota,

14

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.    Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.    Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.    These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.    Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.    Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.    These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

15

50.     Below is a rough indicator of the unbelievable corruption that took place in front of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS PANDEMIC by the same group and more.

## COUNT VIII – CIVIL RICO
### (CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)

51.     This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

52.     The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as though the same were fully set forth herein.

53.     Defendants conspired or endeavored to acquire and maintain an interest in the real property owned by the Plaintiff, through a pattern of criminal activity or through the collection of an unlawful debt and usage of US and State Tax base within a Fraudulent Transfer of over 2000 acres switched out.

54.     At all material times, Defendants were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral rights, and/or for the purpose of achieving or maintaining a monopoly power on its benefits to hide it and destroy Americans.

55.     In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

16

56.    Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57.    As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

### COUNT IX –28 U.S.C. §3304 (b)(1)(A)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

58.    The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59.    Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60.    With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

    a.    the transfer was to an insider;
    b.    72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
    c.    No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
    d.    The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

### COUNT X –Fla Stat. § 726.105 (1)(a)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

61.    The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

17

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

    a.  the transfer was to an insider;
    b.  72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
    c.  No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
    d.  The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.
    e.  Ryan Snyder switched out the legal description the day of the online sale, while 72 Partners and Defendants used to online bids with Defendants in a scheme with software, with Judges in all the region, including all 2ndDCA judges who sit in a merit panel and are locked in from being voted out for years while attacking defendant with lower court gangs of Judges, attorney Politicians like Ron Desantis, and defendants who are all mostly lawyers.

### COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,    above, as through the same were fully set forth herein.

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

18

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

## COUNT XII -28 U.S.C. § 1346
## FEDERAL TORTS CLAIM ACT (FTCA)

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,    above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS

     EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami
     and now New Jersey and New York as Plaintiff discovered another access to
     Primary Water at Washington Rock in NJ to **save New York $100 million/day** in
     cost where the drinking water is spring water and also endless without
     contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part

     VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that
     permits private parties to sue the United States in a federal court for
     most torts committed by persons acting on behalf of the United States.

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and

     subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts
     using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or
     regional project to the State of Florida.


**WHEREFORE,** the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.  Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.  Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.  Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply, Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways, Amtrak and the Federal Railway Association.

D.  Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.  Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.  Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.  Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.  Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

20

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.    Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.    Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.    Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.    Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.    Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.    Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.    Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon,* et al, Lee case 2022 CA 03080 NC  and many others merging with this case.   The civil right attacks are from State to Federal officers.

21

P.    Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

Dated this 20th day of January 2025.

/s/  Joe Gilberti

Joseph D. Gilberti PE

Plaintiff

# 2024-2237

2020 Main Street

Sarasota FL, 34237

813-470-6000

239-980-3149

GilbertiWater@gmail.com

www.GilbertiBlueGold.com
