UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH D. GILBERTI PE                      PLAINTIFF

V.                      CIVIL ACTION NO. 3:25-CV-123-KHJ-ASH

JPMORGAN CHASE & CO., et al.                  DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 28th day of February, 2025.

                                               s/ *Kristi H. Johnson*
                                               UNITED STATES DISTRICT JUDGE