# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 18, 2025
Lyle W. Cayce
Clerk

No. 25-60139

Joseph D. Gilberti, PE, a licensed Professional Engineer in the State of Florida,

*Plaintiff—Appellant,*

*versus*

JPMorgan Chase & Company; George W. Bush; All Defendants; Metropolitan Planning Council; Matt Gaetz; Et al.,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:25-CV-123

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of April 18, 2025, for want of prosecution. The appellant failed to timely pay the fee.

No. 25-60139

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

*Roeshawn Johnson*

By: _____  
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT